# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VALENCIA CAPLE, Individually and as Parent and Natural Guardian of J.M.V., a Minor,** | : : : | **No. 3:15cv1666** (Judge Munley) |
| Plaintiff | : | |
| v. | : | |
| **SEARS DEPARTMENT STORES,** Defendant | : : | |

## ORDER

**AND NOW**, to wit, this 15th day of April 2016, it is hereby **ORDERED** that Defendant Sears Department Stores' motion to dismiss Count II, Negligent Infliction of Emotional Distress, (Doc. 3) is **DENIED**. Defendant is further **ORDERED** to answer plaintiffs' complaint within fourteen (14) days from the date of this order.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**